# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TERRANCE J. SHAW,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN CARR and ROBERT KRUEGER,<br><br>Defendants. | Case No. 20-CV-716-JPS<br><br>**ORDER** |

Plaintiff Terrance J. Shaw, a former inmate, filed a pro se complaint under 42 U.S.C. § 1983 alleging that Defendants violated his federal rights. ECF No. 1. On September 6, 2023, Defendants filed a signed stipulation of dismissal of Plaintiff's claims with prejudice and without costs. ECF No. 52. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 52, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment, ECF No. 40, and Plaintiff's motion to appoint counsel, ECF No. 47, be and the same are hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 7th day of September, 2023.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge